NUMBER 13-05-394-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

          IN RE DANIEL GARZA

__________________________________________________________________

 

                      On Petition for Writ of
Mandamus __________________________________________________________________

 

                     MEMORANDUM OPINION

 

       Before Chief Justice Valdez and Justices Hinojosa and
Rodriguez

                            Per Curiam Memorandum Opinion[1]

 

 

Relator Daniel Garza, a pro se inmate, requests we
compel the judge of the 214th District Court of Nueces County to rule on
relator=s motion for DNA testing and for appointment of
counsel pursuant to article 64.01 of the Texas Code of Criminal Procedure.  See Tex.
Code Crim. Proc. Ann. art. 64.01 (Vernon Supp. 2004-05). 








When a motion is properly pending before a trial
court, the act of considering and ruling upon it is a ministerial act.  Eli Lilly & Co. v. Marshall, 829
S.W.2d 157, 158 (Tex. 1992).  However,
before relator may be entitled to mandamus relief, he must provide a sufficient
record to show the motion was presented to the trial court and it refused to
act.  In re Villarreal, 96 S.W.3d
708, 710 n.2 (Tex. App.BAmarillo 2003, orig. proceeding) (filing something
with the district clerk does not demonstrate that a motion has been brought to
the trial court's attention).   Relator's
petition is not accompanied by a certified or sworn copy of the motion that is
the subject of his complaint as required by Rule 52.3(j)(1)(A) of the Texas
Rules of Appellate Procedure.  See
Tex. R. App. P. 52.3(j)(1)(A).  Thus, we conclude he has not satisfied his
procedural burden to show entitlement to mandamus relief.  See Walker v. Packer, 827 S.W.2d 833,
837 (Tex. 1992).  

Accordingly, relator's petition for writ of mandamus
is denied.

 

                                                            PER
CURIAM

 

Do
not publish.  Tex. R. App. P. 47.2(b). 


 

 

Memorandum
Opinion delivered and filed

this
14th day of July, 2005.